# BERTELSON LAW OFFICES, P.A.

### ATTORNEYS-AT-LAW

402 UNION PLAZA
333 WASHINGTON AVENUE NORTH
MINNEAPOLIS, MN 55401
PHONE: 612.278.9832
FAX: 612.340.0190
BETH BERTELSON: beth@bertelsonlaw.com
ANDREA OSTAPOWICH: andrea@bertelsonlaw.com

**VIA E-FILING**

March 24, 2023

The Honorable William M. Conley
United States District Court
Western District of Wisconsin
120 N. Henry Street, Room 320
Madison, WI 53703

RE:     Parente, Salvatore, et. al. v. Global Finishing Solutions, LLC
        Case No. 3:22-cv-00159-WMC

Dear Judge Conley:

This letter is being sent on behalf of counsel for both parties pursuant to the Court's February 27, 2023 Order requiring the parties to file a status update regarding their settlement discussions.

The parties have reached a settlement in the above-matter.

Pursuant to the parties confidential settlement agreement, the parties will submit a joint Stipulation for Dismissal with Prejudice once the Plaintiffs have received payment of the settlement amount. The parties request that the Court not dismiss the case until such time.

Please let the parties know if the Court has any questions. Thank you.

Sincerely,

/s/ Andrea Ostapowich

Andrea Ostapowich
*On behalf of both parties*

Cc: Sharon Mollman Elliott

Dear Mr. James:

This letter follows up on my call introducing Bertelson Law Offices, P.A. as counsel for Marty Ruiz with respect to his employment at Target.  As you know, it is our practice to invite employers to engage in a dialogue in an attempt to resolve matters.

Mr. Ruiz has worked for Target for 26 years.  He is 48 years old.  His job title is Lead Business Partner OCM.  For the past 7 years, Mr. Ruiz has been practicing Organizational Change Management.  In late 2020, Target announced that Learning Development would now also be part of Mr. Ruiz's and his peers' roles.

By objective measures, Mr. Ruiz has performed well.  In March 2021, Mr. Ruiz received a positive annual performance review for FY2020.  Comments from his Sr. Director, Katherine Haight, on this review about his performance include but are not limited to:

"Marty, thank you for all of your contributions this past year. While 2020 has been a year like no other, you have done a very good job not only rising to the occasion but delivering some critical and high quality work. You are a strong voice on our team and have the ability to help others navigate change. The areas I would like to specifically call out:

•    GIM Inclusion Acument:  You did a great job working with Brendan Dillon's team in developing a solution aimed at enhancing inclusion language for all GIM leaders. Although this work had to be scaled back to Covid 19, the team was very excited about what was developed and is looking forward to how it can bridge the GAP with the REACH work plan for the future.

•    Assortment Planning:  Earlier this year, you took on an Assortment Planning lead role working closely with Merchandising, HR and the strategy team.  You demonstrated a very strong command of that work from a Change perspective. You clearly understood the business needs and worked to find a solution that would close the gaps. You developed the AP auto calandarization pilot engagement plan and helped to manage the stakeholders in this work. You lead VP level leaders through a well thought out activity in gathering input and stakeholder readiness in a way that met the needs of the client.

•    Enterprise OP Modle/Merch Planning:  You led the development and implementation of the change tracker tool for Enterprise Ops Model providing a database to enter interact change impacts an engagements for Merchandising. You did a great job of updating senior leaders in merchandise will keeping all partners and stakeholders aligned and providing their inputs on future engagements. That worked received particular accolades from Tim Eklund and you were always on point in providing updates and guidance to that leader group.

- Merchandising Compliance training modules:  You did a great job of leading intake, requirements definition and coordination between business and Design team to create for Merchandising Compliance training modules.  I know that this work was new to you so thank you for learning on the fly and working with Compliance and Design team to get these trainings launched."

Following this review in March 2021, Target gave Mr. Ruiz a 3% raise and a bonus of $20,700.  In recent years, Target, under different supervisors, also gave Mr. Ruiz merit increases in 2019 and 2017, and bonuses in 2017, 2018, and 2019.

In May and June 2021, Mr. Ruiz received positive emails about his Learning Development work.  For example,

► On May 6, 2021, Krista Humphries sent an email thanking Mr. Ruiz for taking time away to co-faciliate Target Welcome to 129 new emloyees.  In her email, Ms. Humphries listed the comments received from employees attending this training about Mr. Ruiz as a trainer, writing of Mr. Ruiz:

- 100.0% strongly agreed and agreed they adapted their delivery style and pace to meet the needs of the class.
- 96.5% strongly agreed and agreed they were knowledgeable about the content.
- 98.7% strongly agreed and agreed they efficiently managed the learning experience.
- Marty also provided a very welcoming learning environment.  He did a good job presenting and organizign the welcome.
- Marty show great collaboration skills in facilitated well.
- Marty was engaging with the discussions and brought passion to the Zoom sessions. Very welcoming and positive.
- Marty is very knowledgeable and very capable of keeping us engaged by using his personal experiences.
- Marty made me feel welcomed and comfortable with the experience.
- Very enthusiastic and attentive.
- Marty brought humor to the session.
- Marty was welcoming and knowledgeable. I appreciate the stories he shared with the group.
- He was so sweet and positive and really made me happy to be at Target.
- So pleasant and friendly! Thank you!!
- I thought Marty was very open and sincere with regard to sharing his personal experience. He did a great job!

Katherine Haight responded to this email writing, "WOW!  Marty, this is awesome and the stats are fantastic! Thank you for learning this and facilitating it so well. We appreciate all you did to make this experience such a great one for our new TM's!"

Mr. Ruiz's supervisor's, Erin Sieling's, response equally praised Mr. Ruiz's work, writing, "Amazing Marty!  Thank you I'm using your passion for facilitation to provide such a wonderful experience!"

►      On June 15, 2021, Ms. Sieling commended Mr. Ruiz in a team meeting on his ability to navigate Targt HQ with ecoshphere, ability to connect his immediate work to larger bodies of work, and provide historical context.

Ms. Sieling also emailed Mr. Ruiz on July 15, 2021 writing: "Hi Marty, I wanted to take a quick moment to recognize you coming out of the culture convo in Kat's meeting earlier this week. Your ability to connect and navigate the HQ ecosystem, especially in merch, is wonderful. I love that people know you by name and feel comfortable reaching out. Also in the spirit of connection, I really appreciate how you have been thinking about how your work connects to larger bodies of work + providing historical context for me (and the team) as needed.  THANK YOU For all that you do!"

►      On July 1, 2021, Mr. Ruiz emailed Ms. Sieling an update/proposed next steps for Merch D&I scoping asking for her feedback.  In response, Ms. Sieling wrote, "I love this, Marty!  Would you want to send to the Merch HR team?  You could cc me on it.  I am happy to send as well, so let me know!  The only thing I would add is in red at the end."

►      On July 23, 2021, Mr. Ruiz emailed Jocelyn Miller, copying Ms. Sieling, providing Ms. Miller with information on her learning request for skill topics (six sigma, coaching).  Ms. Miller responded emailing, "This is amazing!!!  Look at all the options!!! Thank you so much for taking the time to research and help locate all these resources!  I will circle back is there are other questions!"  Ms. Sieling thanked Mr. Ruiz for his work.

Based on the consistent positive feedback Mr. Ruiz had received about his work, he was extremely concerned when, on July 20, 2021, Ms. Sieling told him that Amy Benson, Vice President of HR, had given critical feedback on a presentation he had given that day to Ms. Benson and her team.

Mr. Ruiz had presented on his plan to create a better onboarding experience for new Team Members in Merchandising.  The day before the presentation, Mr. Ruiz had a Zoom meeting with Ms. Sieling and his peer, Kristine Galligan, about his planned presentation.  Mr. Ruiz also provided his planned PowerPoint slides.  Ms. Seiling offered a few suggestions, which he incorporated, and she approved of his presentation.

On July 20, 2021, Ms. Sieling told Mr. Ruiz that Ms. Benson had stated that Mr. Ruiz "doesn't have the chops for his job" and had a made a disparing comment about him being "seasoned."  Ms. Benson significantly younger than Mr. Ruiz.

We are concerned that Ms. Sielings's reference to Mr. Ruiz as "seasoned" is a euphemism for old, particularly in light of Ms. Sieling's instruction to Mr. Ruiz that he contact Human Resources and ask for a separation package.

After informing Mr. Ruiz of Ms. Benson's comments, Ms. Sieling told Mr. Ruiz that he should talk to Jenna Curtis in HR about getting a severance package and because he had been there 26 years and he could "get something nice." Mr. Ruiz was extremely concerned by this instruction. He told her he did not want to leave Target and asked Ms. Sieling why she was not going to create development plan for him. In response, Ms. Sieling told him that the package could be lucrative or he would be on a development plan. Mr. Ruiz felt pressured to go to HR and per Ms. Sieling's instructions, Mr. Ruiz went to HR and said he did not want to resign and that he loved working for Target.

After Mr. Ruiz told Ms. Sieling he was not interested in resigning, Ms. Sieling began micromanaging him and criticizing his work. These criticisms contradict earlier positive feedback. While just months ago, Target praised him on his ability to connect his work to the overall picture/goals; his learning development skills; and his historical context knowledge, Ms. Sieling is now criticizing him on the areas. Further, he was told that his historical context is now viewed as a barrier to being open. Mr. Ruiz wrote his own "development plan" goals on August 31, 2021. He never received such a plan from Target.

A year ago, Mr. Ruiz was diagnosed with depression and anxiety and prescribed medication. Target's recent treatment of Mr. Ruiz has exacerbated these disabilities such that he had to take medical leave, which he began on September 1, 2021.

From my perspective, based on Target's comments and treatment, Target is looking for Mr. Ruiz to leave his employment. Mr. Ruiz's currently salary is $122,039/year, as well as benefits and bonuses. Mr. Ruiz applied for a position within Target, outside of Ms. Benson's supervision, but Target hired a significantly younger employee with less experience for the role.

We request that Target preserve all potential evidence. We request that Target preserve all paper and electronic documents, instant messages, text messages, emails, files, computer records, computers and hard drives, smart phones, servers, internal messaging programs, investigation notes and documents, emails, files, computer training records, and notes for potential litigation. All computers, smartphones, tablets, electronic devices and backups should be preserved. We have also informed our client about his obligation to preserve.

Please let me know several dates and times you would be available to discuss Mr. Ruiz's situation further. Thank you.

Sincerely,

/s/ Beth Bertelson

Beth Bertelson
BEB/aro

Cc:  Marty Ruiz